PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jan 25, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER EUGENE GUILFORD, <br><br> Defendant. | CASE NO.  1:24-cr-00022-JLT-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on January 25, 2024, charging the above defendant with a violation of 18 U.S.C. § 287 – False Claim Against the United States, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

/ / /

/ / /

/ / /

/ / /

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: January 25, 2024 　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By　 /s/ Brittany M. Gunter
　　　　　　　　　　　　　　　　BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　Assistant U.S. Attorney


　　　　　　　　　　　　　　IT IS SO ORDERED.


Dated:  January 25, 2024　　　　_____
　　　　　　　　　　　　　　　　BARBARA A. McAULIFFE
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Motion to Seal Indictment　　　　　　2