PHILLIP A. TALBERT
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FEB 22 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00022-JLT-SKO |
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| CHRISTOPHER EUGENE GUILFORD, | |
| Defendant. | |

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 22, 2024, charging the above defendant with a violations of 18 U.S.C. § 287 – False Claim Against the United States; 26 U.S.C. § 7206(1) – Filing a False Tax Return (Nine Counts); 26 U.S.C. §§ 7301, 7302, 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

///

///

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: February 22, 2024

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By  /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: February 22, 2024

*(signature)*
SHEILA K. OBERTO
U.S. Magistrate Judge