PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00022-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| CHRISTOPHER EUGENE GUILFORD, | |
| Defendant. | |

The government moves the Court to unseal the Indictment and all other filings in this case. On March 27, 2024, the defendant was arrested in the District of Nevada pursuant to the arrest warrant issued in the above-captioned case. He will make his initial appearance in the District of Nevada on March 28, 2024. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: March 27, 2024

        PHILLIP A. TALBERT
        United States Attorney

        /s/ BRITTANY M. GUNTER
        BRITTANY M. GUNTER
        Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:24-CR-00022-JLT-SKO

12                    Plaintiff,         ORDER TO UNSEAL CASE
              v.
13
   CHRISTOPHER EUGENE GUILFORD,
14
                      Defendant.
15

16

17
        Good cause appearing due to the defendant's pending initial appearance in this case in the
18
   District of Nevada, it is ordered that the Indictment and other court filings in the case be UNSEALED.
19

20 IT IS SO ORDERED.

21
        Dated:   **March 28, 2024**              /s/ Barbara A. McAuliffe
22                                           UNITED STATES MAGISTRATE JUDGE
23