PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>         v.<br><br>CHRISTOPHER EUGENE GUILFORD,<br><br>                                  Defendant. | CASE NO: 1:24-CR-00022-JLT-SKO<br><br>STIPULATION REGARDING PROTECTED INFORMATION; PROTECTIVE ORDER |

   WHEREAS, the discovery in this case contains a large amount of personal information including Social Security numbers, personal identification numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

   The parties agree that entry of a stipulated protective order is appropriate.

   THEREFORE, the defendant, CHRISTOPHER GUILFORD, by and through his counsel of record ("Defense Counsel"), and plaintiff the UNITED STATES, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority;

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery");

3. By signing this Stipulation, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted;

4. The discovery and information therein may be used only in connection with the litigation of this case including exhaustion of direct and collateral appellate proceedings and for no other purpose.  The discovery is now and will forever remain the property of the Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case including exhaustion of direct and collateral appellate proceedings;

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement;

6. Defense Counsel shall be responsible for advising the defendant, as well as Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order; and

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from any new counsel unless and until substituted counsel agrees also to be bound

///

///

///

///

by this Stipulation and Order.

    IT IS SO STIPULATED.

DATED: April 15, 2024            /s/ TIMOTHY HENNESSY
                                            TIMOTHY HENNESSY
                                            Counsel for Christopher Eugene Guilford

DATED: April 15, 2024            /s/ BRITTANY M. GUNTER
                                            BRITTANY M. GUNTER
                                            Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER EUGENE GUILFORD,<br><br>　　　　　　　Defendant. | CASE NO.   1:24-CR-00022-JLT-SKO<br><br>PROTECTIVE ORDER |

<u>ORDER</u>

For good cause shown, the stipulation between counsel dated April 15, 2024, in the above-captioned case, regarding discovery and treatment of Protected Information is approved.

IT IS SO ORDERED.


DATED: 4/16/2024

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

4