PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER EUGENE GUILFORD, <br><br> Defendant. | CASE NO. 1:24-CR-00022-JLT-SKO <br><br> STIPULATION TO SET MOTIONS BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS; ORDER |

The United States of America, by and through its counsel of record, and defendant Christopher Eugene Guilford, by and through defendant's counsel of record, Timothy Hennessy, hereby stipulate as follows:

1.  Following a status conference on October 30, 2024, the defense requested that the Court set a Marsden hearing. ECF 38. The Court set the Marsden hearing for November 6, 2024. ECF 38.

2.  Before the Marsden hearing, on November 5, 2024, the defense filed a motion to dismiss. ECF 41.

3.  On November 6, 2024, the Court held the Marsden hearing and denied the Marsden motion.

4.  In light of the pending motion to dismiss filed by the defense, the parties have met and conferred and agreed to a briefing schedule. Accordingly, the parties request that the Court approve the following briefing schedule:

STIPULATION TO SET MOTIONS BRIEFING SCHEDULE
AND HEARING ON MOTION TO DISMISS; ORDER

1

      a)     Any supplement or further briefing as to the motion to dismiss is to be filed by the defense by November 13, 2024.

      b)     Any opposition to the motion to dismiss is to be filed by the government by November 18, 2024.

      c)     Any reply to the government's opposition is to be filed by the defense by November 22, 2024.

5. The parties jointly request that the Court set a hearing on the motion to dismiss for November 25, 2024.

IT IS SO STIPULATED.

Dated:  November 7, 2024                                             PHILLIP A. TALBERT
                                                                             United States Attorney

                                                                             /s/ BRITTANY M. GUNTER
                                                                             BRITTANY M. GUNTER
                                                                             Assistant United States Attorney

Dated:  November 7, 2024                                             /s/ TIMOTHY HENNESSY
                                                                             TIMOTHY HENNESSY
                                                                             Counsel for Defendant

### ORDER

IT IS ORDERED that the Court will conduct a hearing on the motion to dismiss on November 25, 2024, at 9:00 a.m.  The Court adopts the proposed briefing schedule set forth in the parties' stipulation above.

IT IS SO ORDERED.

Dated:   **November 7, 2024**                                                                        UNITED STATES DISTRICT JUDGE