PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00022-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET TRIAL CONFIRMATION HEARING, MOTIONS BRIEFING SCHEDULE, AND MOTIONS HEARING; ORDER |
| v. | |
| CHRISTOPHER EUGENE GUILFORD, | |
| Defendant. | |

The United States of America, by and through its counsel of record, and defendant Christopher Eugene Guilford, by and through defendant's counsel of record, Timothy Hennessy, hereby stipulate as follows:

1. By previous order, the Court set this matter for a jury trial on February 11, 2025. ECF 53.

2. The parties have met and conferred and agreed to dates for a trial confirmation hearing, motions briefing, and a motions hearing. The parties jointly request that the Court set a trial confirmation hearing for January 6, 2025.

3. The parties further request that the Court approve the following schedule for pretrial motions:

    a) Each party shall file pretrial motions or motions in limine by January 13, 2025.

    b) Each party shall file oppositions to the other party's motions by January 20, 2025.

c) Each party shall file replies to the other party's opposition by January 23, 2025.

4. The parties jointly request that the Court set a hearing to address the motions on January 27, 2025.

5. The parties also request that the Court issue a pretrial order.

IT IS SO STIPULATED.

Dated: December 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: December 16, 2024

/s/ TIMOTHY HENNESSY
TIMOTHY HENNESSY
Counsel for Defendant

## ORDER

IT IS ORDERED that the Court will hold a trial confirmation hearing on **January 6, 2025, at 9:00 a.m**. The Court will conduct a hearing on any pretrial motions and motions in limine on **January 27, 2025, at 9:00 a.m**. The Court adopts the proposed briefing schedule set forth in the parties' stipulation above. The Court will issue a pretrial order.

IT IS SO ORDERED.

Dated: December 16, 2024

UNITED STATES DISTRICT JUDGE