PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER EUGENE GUILFORD,<br><br>　　　　　Defendant. | CASE NO. 1:24-CR-00022-JLT-SKO<br><br>STIPULATION TO VACATE MOTIONS BRIEFING SCHEDULE; ORDER<br><br>Trial Date: February 11, 2025<br>Time: 8:30 am |

　　　　The United States of America, by and through its counsel of record, and defendant Christopher Eugene Guilford, by and through defendant's counsel of record, Timothy Hennessy, hereby submits the following stipulation.

　　　　1.　　On January 10, 2025, defense counsel filed a motion for competency evaluation. 18 U.S.C. § 4241. The parties are working with the Court to set a hearing date for the motion. Certain issues raised in the motion also affect defense counsel's ability to prepare for trial, including counsel's ability to prepare and file pretrial motions. The parties anticipate that the ruling on the motion may affect trial scheduling in this case.

///

///

///

STIPULATION TO VACATE MOTIONS BRIEFING SCHEDULE; ORDER　　　　1

2. Accordingly, the parties stipulate and request that the Court vacate the pretrial motions schedule set forth in the Court's prior orders (ECF #75 and 77), specifically the January 13, 2025 deadline to file motions, and the corresponding opposition and reply dates; and vacate the January 27, 2025 motions hearing in this matter.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 10, 2025 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: January 10, 2025 | /s/ TIMOTHY HENNESSY<br>TIMOTHY HENNESSY<br>Counsel for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated: **January 10, 2025**

UNITED STATES DISTRICT JUDGE