MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER EUGENE GUILFORD,<br><br>Defendant. | CASE NO: 1:24-CR-00022-JLT-SKO<br><br>STIPULATION REGARDING ADDENDUM TO PROTECTIVE ORDER; ADDENDUM TO PROTECTIVE ORDER |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brittany M. Gunter, on behalf of the government, and Timothy Hennessy, on behalf of defendant Christopher Eugene Guilford ("the defendant"), that an addendum to the protective order issued by the Court on or about April 16, 2024, is needed to (1) permit defense counsel to share portions of discovery with the Bureau of Prison's ("BOP") Psychology Services unit, and (2) restrict the BOP's Psychology Services unit from further disseminating the discovery. ECF 15.

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1.    On April 16, 2024, the Court issued a protective order regarding the handling of discovery in this case which prohibited defense counsel from sharing any discovery with anyone other than designated defense investigators and support staff. ECR 15.

1

2. On January 15, 2025, the Court issued an order for a psychiatric or psychological examination of the defendant. ECF 89.

3. On January 17, a psychology technician with the Psychology Services unit of BOP at the Metropolitan Detention Center in Los Angeles indicated the defendant had been designated to their facility for the court-ordered psychological evaluation. The psychology technician requested that the parties provide relevant materials for the evaluation, to include: "medical records, mental health treatment records (intake and discharge summaries of medical and mental health records are often most helpful), prior mental health evaluations, social security records, school records, criminal records, NCIC, and any other available material you deem relevant."

4. The parties conferred and intend to provide the Psychology Services unit with certain discovery, including documents with unredacted personally identifiable information ("PII") of the defendant, information regarding the defendant's prior arrests and criminal history, as well as filings submitted to the IRS by the defendant.

5. The parties desire to avoid both the necessity of large-scale redactions and the unauthorized disclosure or dissemination of this information to anyone not involved in the psychological evaluation of the defendant.

6. On January 24, 2025, the government informed the BOP psychology technician that the parties were going to seek a protective order related to sharing discovery with their unit.

7. The parties request that the Court issue an addendum to its protective order from April 16, 2024, to (1) permit defense counsel to share portions of discovery with BOP's Psychology Services

///

///

///

///

unit in response to their request, and (2) restrict BOP's Psychology Services unit from further disseminating the discovery.

      IT IS SO STIPULATED.

DATED:     February 4, 2025                  /s/ TIMOTHY HENNESSY
                                                    TIMOTHY HENNESSY
                                                    Counsel for Christopher Eugene Guilford

DATED:     February 4, 2025                  /s/ BRITTANY M. GUNTER
                                                    BRITTANY M. GUNTER
                                                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER EUGENE GUILFORD,<br><br>            Defendant. | CASE NO.   1:24-CR-00022-JLT-SKO<br><br>ADDENDUM TO PROTECTIVE ORDER |

For good cause shown, the stipulation between counsel dated February 4, 2025, in the above-captioned case, regarding the addendum to the protective order issued on April 16, 2024, is approved.

IT IS ORDERED that defense counsel is permitted to share portions of the discovery with the Federal Bureau of Prisons (BOP) Psychology Services unit at the Metropolitan Detention Center (MDC) in Los Angeles.

IT IS FURTHER ORDERED that the BOP Psychology Services unit at MDC, Los Angeles is restricted from further dissemination of the discovery provided by the parties in this case.

IT IS FURTHER ORDERED that all other terms and provisions of the April 16, 2024,

///

///

4

protective order remain in full force and effect.

IT IS SO ORDERED.

Dated: **February 4, 2025**          /s/ Erica P. Grosjean
          UNITED STATES MAGISTRATE JUDGE