MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:24-CR-00022-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS *IN LIMINE* BRIEFING SCHEDULE; ORDER |
| v. | |
| CHRISTOPHER EUGENE GUILFORD, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Timothy Hennessy, counsel for Christopher Eugene Guilford ("the defendant"), that the briefing schedule for motions *in limine* be continued as follows: 1) **motions *in limine* to be filed by May 30, 2025,** and 2) **oppositions to be filed by June 4, 2025.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. On April 21, 2025, the Court set this case for trial on June 17, 2025. ECF 99.

2. On April 28, 2025, the Court issued a Pretrial Order setting a motions *in limine* briefing schedule requiring any motions *in limine* to be filed by May 20, 2025, and any oppositions to be filed by May 27, 2025. ECF 100.

3. On May 12, 2025, the Court held a status conference. At the status conference, defense

1

counsel indicated that the state judge in his ongoing state homicide trial anticipated the trial would be completed by early June. Defense counsel said he believed it was optimistic to think the trial would be completed by early June. However, if the state trial did end by early June, defense counsel said he would be available and ready to proceed to trial as currently set on June 17. When the Court inquired with the defendant about whether he was amenable to excluding time to set the trial in July, the defendant said he was not agreeing to exclude time. Accordingly, the Court confirmed the trial as currently set on June 17. ECF 100. The Court also set a continued status conference for May 28, 2025. ECF 100.

4. On May 15, 2025, defense counsel informed the government that he and the other parties involved in the ongoing state homicide trial met with the state judge again. At that meeting, it was determined that the trial would likely not be completed by early June. The state judge and parties determined the likely end date for the state trial would be mid-July.

5. Defense counsel also informed the government that the defendant in this case wants to see drafts of defense counsel's anticipated motions *in limine* and meet with him about them. Defense counsel indicated that would be impossible based on the time constraints placed on him with the ongoing state trial and the deadlines as set in this Court's Pretrial Order.

6. Defense counsel said he anticipated seeking to continue the currently set trial date to late-July. He indicated the defendant was open to the idea of excluding time based on the time constraints on defense counsel and the ongoing state homicide trial. Defense counsel requested that the government provide proposed trial dates and motions briefing schedules based on an anticipated late-July trial date. The parties are currently working to find a mutually convenient trial date and briefing schedule.

7. Given defense counsel's ongoing state homicide trial, the need to draft and discuss anticipated motions *in limine* with the defendant, and the looming deadline of May 20, 2025, for filing motions *in limine*, defense counsel is requesting that the deadline for filing motions *in limine* be continued to May 30, 2025, which would be after the currently set status conference on May 28, 2025. Defense counsel is also requesting that the deadline for

oppositions be continued to June 4, 2025.  Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation of motions *in limine*, taking into account the exercise of due diligence.

8. The parties therefore stipulate that the briefing schedule for motions *in limine* be continued as follows: 1) **motions *in limine* to be filed by May 30, 2025,** and 2) **oppositions to be filed by June 4, 2025.**

IT IS SO STIPULATED.

Dated:  May 19, 2025                                                  MICHELE BECKWITH
                                                                                          Acting United States Attorney


                                                                                 By:   /s/ BRITTANY M. GUNTER
                                                                                          BRITTANY M. GUNTER
                                                                                          Assistant United States Attorney


Dated:  May 19, 2025                                       By:   /s/ TIMOTHY HENNESSY
                                                                                          TIMOTHY HENNESSY
                                                                                          Counsel for Defendant


## O R D E R

IT IS ORDERED that:

1) **motions *in limine* are to be filed by May 30, 2025,** and

2) **oppositions are to be filed by June 4, 2025.**

All other deadlines and dates remain as set.


IT IS SO ORDERED.

Dated:   **May 19, 2025**                                                      _____
                                                                                                    UNITED STATES DISTRICT JUDGE

3