MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER EUGENE GUILFORD,<br><br>Defendant. | CASE NO: 1:24-CR-00022-JLT-SKO<br><br>STIPULATION TO CONTINUE MOTIONS *IN LIMINE* BRIEFING SCHEDULE; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorneys Brittany M. Gunter and Arelis M. Clemente, counsel for the government, and Timothy Hennessy, counsel for Christopher Eugene Guilford ("the defendant"), that the briefing schedule for motions *in limine* be continued as follows: 1) **motions in limine to be filed by July 17, 2025,** and 2) **oppositions to be filed by July 24, 2025.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. On May 28, 2025, the Court continued the trial in this case to August 5, 2025. ECF 109.

2. On May 29, 2025, the Court issued an Amended Pretrial Order setting a motions in limine briefing schedule requiring any motions to be filed by July 10, 2025, and any oppositions to

1

be filed by July 17, 2025.  ECF 110.

3. On June 26, 2025, defense counsel informed the government that he needs additional time to review supplemental discovery and prepare motions.  Defense counsel has been in an ongoing state homicide trial that is expected to end in mid- to late-July.  Defense counsel is requesting to continue the motions in limine filing deadline for additional necessary time to prepare motions.  Defense counsel also informed the government and the Court previously that the defendant wants to see drafts of defense counsel's anticipated motions in limine and meet with him about them before filing.  Defense counsel indicated that would be impossible based on the time constraints placed on him with the ongoing state trial and the deadlines as currently set in this Court's Amended Pretrial Order.

4. Given defense counsel's ongoing state homicide trial, the need to draft and discuss anticipated motions in limine with the defendant, and the current deadline of July 10, 2025, for filing motions in limine, defense counsel is requesting that the deadline for filing motions in limine be continued to July 17, 2025.  Defense counsel is also requesting that the deadline for oppositions be continued to July 24, 2025.  Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation of motions in limine and oppositions, taking into account the exercise of due diligence.

///

///

///

///

///

5. The parties therefore stipulate that the briefing schedule for motions *in limine* be continued as follows: 1) **motions in limine to be filed by July 17, 2025,** and 2) **oppositions to be filed by July 24, 2025.**

IT IS SO STIPULATED.

Dated: June 30, 2025	MICHELE BECKWITH
	Acting United States Attorney

	By: /s/ BRITTANY M. GUNTER
	BRITTANY M. GUNTER
	Assistant United States Attorney

Dated: June 30, 2025	By: /s/ TIMOTHY HENNESSY
	TIMOTHY HENNESSY
	Counsel for Defendant

## **O R D E R**

Because the proposed schedule leaves the Court insufficient time to decide the motions, the Court cannot grant the siptulation. Notably, all of the circumstances noted in paragraph 3 were known at the time the Court set the schedule. Thus, the Court will grant a short extension of time:

1) **Motions *in limine* are to be filed by 10 a.m. on July 15, 2025**

2) **Oppositions are to be filed by 5 p.m. on July 21, 2025**

3) **The hearing on the motions in limine is set on August 1, 2025 at 9:00 a.m.**

All other deadlines and dates remain as set.

IT IS SO ORDERED.

Dated: **June 30, 2025**	[signature: Jennifer L. Thurston]
	UNITED STATES DISTRICT JUDGE

3