1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   ARELIS M. CLEMENTE
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, Ca 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11
| UNITED STATES OF AMERICA, | CASE NO: 1:24-CR-00022-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE, MOTIONS *IN LIMINE* BRIEFING SCHEDULE, MOTIONS HEARING, AND TRIAL DOCUMENTS DEADLINES; ORDER |
| v. | |
| CHRISTOPHER EUGENE GUILFORD, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorneys Brittany M. Gunter and Arelis M. Clemente, counsel for the government, and Timothy Hennessy, counsel for Christopher Eugene Guilford ("the defendant"), that 1) **the trial be continued to August 26, 2025**, 2) the deadline for **motions in limine be continued to August 4, 2025,** 3) the deadline for **oppositions be continued to August 11, 2025**, 4) **the motions hearing be continued to August 18, 2025, at 9:00am**; and the 5) the deadline for filing **witness lists, exhibit lists, proposed voir dire, jury instructions, verdict form, and trial briefs be continued to August 8, 2025**. The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. On May 28, 2025, the Court continued the trial in this case to August 5. ECF 109.

1

2. On July 1, the Court continued the motions briefing schedule as follows: motions to be filed by July 15 and oppositions to be filed by July 21. ECF 112. A motions hearing was set for August 1. ECF 112.

3. On July 11, defense counsel informed the government that his state homicide trial is still ongoing. Based on the ongoing trial, defense counsel has had no time to go over motions with the defendant. Defense counsel previously informed the government and the Court that the defendant wants to see drafts of defense counsel's anticipated motions in limine and meet with him about them before filing. Defense counsel stated he needs additional time to prepare motions and to meet with the defendant about them, as he has not had time to do so given his ongoing trial.

4. Defense counsel is also requesting to continue the trial date to August 26. Defense counsel stated the defendant does not want to have his trial close in time to when Marvin Collins, a defendant in a related case, is having his trial, which is currently set for July 29. Furthermore, Mr. Guilford has demanded to fully participate in the drafting of pre-trial motions, which is not currently possible due to defense counsel has been engaged in trial. Furthermore, defense counsel also needs additional time to finish review of recent supplemtal discovery prior to finalizing any motions. Mr. Guilford has expressly agreed to this continuance for the stated reasons in two different meetings with Defense counsel.

5. Given defense counsel's ongoing state homicide trial, his need for additional time to prepare for trial, and his need for additional time to prepare and discuss motions with the defendant, defense counsel is requesting: 1) the trial date be continued to August 26, 2) the deadline for filing motions be continued to August 4, 3) the deadline for filing oppositions be continued to August 11, and 4) the motions hearing be continued to August 18.

6. Defense counsel believes that failure to grant the above-requested continuance of the trial date and the motions deadlines would deny him the reasonable time necessary for effective preparation of motions in limine and oppositions, taking into account the exercise of due diligence.

7. The government does not oppose the defense's request to continue the trial date and the motions briefing schedule. Based on the defense's requested continuance of the trial date and motions hearing dates, the government requests that the deadline for filing witness lists, exhibit lists, proposed voir dire, jury instructions, verdict form, and trial briefs be continued to August 8, 2025. Defense counsel joins in this request so he will have sufficient time to meet and confer with the government about the trial documents as required and prepare his own filings as necessary.

8. Currently, the speedy trial clock does not run until August 30. Accordingly, an exclusion of time is not necessary and not requested by the parties. The request to continue the trial date is based on defense counsel's need for additional time to prepare to be effective at trial.

IT IS SO STIPULATED.

Dated: July 14, 2025        MICHELE BECKWITH
Acting United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: July 14, 2025        By: /s/ TIMOTHY HENNESSY
TIMOTHY HENNESSY
Counsel for Defendant

3

**O R D E R**

IT IS ORDERED that:

1) **The trial is continued to August 26, 2025[1]**;

2) **Motions *in limine* are to be filed by August 4, 2025**;

3) **Oppositions are to be filed by August 11, 2025**;

4) **Motions hearing is continued to August 18, 2025, at 9:00am**; and

5) **Witness lists, exhibit lists, proposed voir dire, jury instructions, verdict form, and trial briefs are to be filed by August 8, 2025**.

IT IS SO ORDERED.

Dated:   **July 14, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] Counsel are advised that the trial will be dark on August 27, 2025 due to a conflict on the Court's calendar.

4