KIMBERLY A. SANCHEZ
Acting United States Attorney
BRITTANY M. GUNTER
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:24-CR-00022-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS *IN LIMINE* BRIEFING SCHEDULE; ORDER GRANTING IN PART STIPULATION |
| v. | |
| CHRISTOPHER EUGENE GUILFORD, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorneys Brittany M. Gunter and Arelis M. Clemente, counsel for the government, and Timothy Hennessy, counsel for Christopher Eugene Guilford ("the defendant"), that the briefing schedule for motions *in limine* be continued as follows: 1) **motions in limine to be filed by August 8, 2025,** and 2) **oppositions to be filed by August 13, 2025.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. On July 14, 2025, the Court continued the trial in this case to August 26, 2025. ECF 114.
2. The Court also continued the motions in limine briefing schedule requiring any motions to be filed by August 4, 2025, and any oppositions to be filed by August 11, 2025. ECF 114.

1

3. On August 1, 2025, defense counsel informed the government that he needs additional time to review supplemental discovery and prepare motions. Defense counsel's ongoing state homicide trial ended, and he is now preparing motions and for trial. Defense counsel is requesting to continue the motions in limine filing deadline for additional necessary time to prepare motions. Defense counsel also informed the government and the Court previously that the defendant wants to see drafts of defense counsel's anticipated motions in limine and meet with him about them before filing. Defense counsel indicated he needs additional time to prepare the motions and meet with the defendant about them.

4. Given defense counsel's state homicide trial that recently ended, the need to draft and discuss anticipated motions in limine with the defendant, and the current deadline of August 4, 2025, for filing motions in limine, defense counsel is requesting that the deadline for filing motions in limine be continued to August 8, 2025. Defense counsel is also requesting that the deadline for oppositions be continued to August 13, 2025. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation of motions in limine and oppositions, taking into account the exercise of due diligence.

5. The parties therefore stipulate that the briefing schedule for motions *in limine* be continued as follows: 1) **motions in limine to be filed by August 8, 2025,** and 2) **oppositions to be filed by August 13, 2025.**

IT IS SO STIPULATED.

Dated:  August 4, 2025                         KIMBERLY A. SANCHEZ
                                               Acting United States Attorney

                                               By:  /s/ BRITTANY M. GUNTER
                                                    BRITTANY M. GUNTER
                                                    Assistant United States Attorney

Dated:  August 4, 2025                         By:  /s/ TIMOTHY HENNESSY
                                                    TIMOTHY HENNESSY
                                                    Counsel for Defendant

# O R D E R

The stipulation fails to provide the Court sufficient time to consider the motions before the hearing on on the motions.[1]  Thus, the Court **ORDERS:**

1) **Motions *in limine* SHALL be filed no later than August 8, 2025,**

2) **Oppositions to the motions SHALL be filed no later than August 13, 2025,**

3) **The hearing on the motions in limine is CONTINUED to August 18, 2025 at 2:00 p.m.**

All other deadlines and dates remain as set.

IT IS SO ORDERED.

Dated:   **August 4, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

---

[1] The stipulation fails to explain when Mr. Hennessy's trial ended, but it appears from the Court's review of the docket of the Kern County Superior Court that the trial ended on July 23, 2025.

3