**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l7 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**CHRISTOPHER GUILFORD**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:24-cr-00022-JLT-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **CHRISTOPHER GUILFORD** | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND BRITTANY GUNTER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CHRISTOPHER GUILFORD, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, February 23, 2026, be continued to Monday, March 9, 2026.

Defense counsel is in a homicide trial *People vs. Antone James BF191453C* and needs more time to gather and review documents prior to sentencing. I have spoken to AUSA Brittany Gunter and USPO Megan Pascual, and they have no objection to continuing the matter.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 17, 2026

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
Christopher Guilford

1

DATED: February 17, 2026

*/s/Brittany Gunter*
BRITTANY GUNTER
Assistant U.S. Attorney

## ORDER

IT IS SO ORDER that the sentencing hearing currently set for Monday, February 23, 2026, be continued to Monday, March 9, 2026.

IT IS SO ORDERED.

Dated:   **February 17, 2026**

UNITED STATES DISTRICT JUDGE