IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:24-CR-00022-1-JLT |
| | ) | CA Case No.: 26-1764 |
| Plaintiff, | ) | |
| | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| CHRISTOPHER E. GUILFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Andrea R. St. Julian, be appointed to represent the above defendant in this case effective *nunc pro tunc* to April 23, 2026, in place of panel attorney Timothy Hennessy. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

UNITED STATES DISTRICT JUDGE