**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for CHRISTOPHER GUILFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER GUILFORD, <br><br> Defendant. | No. 1:24-cr-00022-JLT-SKO <br><br> **MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On January 25, 2024, Christopher Guilford was indicted on federal charges. Timothy Hennessy was appointed as counsel to represent Mr. Guilford on 1:24-cr-00022-JLT-SKO-1 in his criminal case. Mr. Guilford was sentenced pursuant to a guilty verdict on March 16, 2026. The time for filing a direct appeal was April 3, 2026. Appeal was filed March 23, 2026. Mr. Guilford was in custody at sentencing. Having completed his representation of Mr. Guilford, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/

//

///

Should Mr. Guilford require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: April 24, 2026                        Respectfully submitted,


                                             /s/*Timothy Hennessy*
                                             Timothy Hennessy
                                             Attorney for Christopher Guilford

## ORDER

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Christopher Guilford at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Christopher Guilford
USMS# 07094-511
Taft CCF
PO BOX 925
Taft, CA 93268


IT IS SO ORDERED.

Dated:   **April 27, 2026**

_____
UNITED STATES DISTRICT JUDGE