# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CHRISTOPHER EUGENE GUILFORD,
    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

U.S.D.C. No :24-cr-00022
Eastern District of California

[U.S.C.A.  No. 26-1764]

**ORDER GRANTING APPOINTED COUNSEL'S REQUEST TO OBTAIN COPIES OF SEALED TRANSCRIPTS**

The Court hereby orders the grant of the request of Andrea R. St. Julian to receive a copy of the transcripts of the following sealed proceedings:

| Document Number | Date of Proceeding; And Judicial Officer | Nature of Proceeding | Court Reporter |
| --- | --- | --- | --- |
| Dkt # 29 | 08/19/2024; Before Magistrate Sheila K. Oberto | Status Conference/ Marsden Hearing | Otilia Rosales |
| Dkt # 42 | 11/06/2024; Before Magistrate Judge Barbara A. McAuliffe | Marsden Hearing | ECRO - Sonitta Lout |

| Document Number | Date of Proceeding; And Judicial Officer | Nature of Proceeding | Court Reporter |
|---|---|---|---|
| Dkt # 81 | 01/06/2025; Judge Jennifer L. Thurston | Trial Confirmation Hearing/Marsden Hearing | Rachel Lundy |
| Dkt # 146 | 10/22/2025; Judge Jennifer L. Thurston | Marsden Hearing | Rachael Lundy |
| Dkt # 172 | 03/09/2026; Judge Jennifer L. Thurston | Sentencing/ Marsden Hearing | ECRO |

Dated: May 20, 2026

Hon. Jennifer L. Thurston
United States District Judge